FILED

JUL 0 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 861

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| George Robert QUINTERO Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about July 8, 2008, within the Southern District of California, defendant George Robert QUINTERO did knowingly and intentionally import approximately 11.44 Kilograms (25.16 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 9th DAY OF JULY, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
George Robert QUINTERO

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On July 8, 2008, George Robert QUINTERO entered the United States at the Calexico, California, West Port of Entry. QUINTERO was the driver and sole occupant of a 2004 Jeep Grand Cherokee registered in his name. Customs and Border Protection Officer (CBPO) J. Toledo conducted a primary inspection of QUINTERO and the vehicle. CBPO Toledo received a negative Customs declaration from QUINTERO. Based on observations made during the primary inspection, CBPO Toledo referred QUINTERO and the vehicle to the secondary inspection area for further inspection.

CBPO Flores encountered QUINTERO and the vehicle in the secondary inspection area. CBPO Flores received a negative Customs declaration from QUINTERO. At that time, Canine Enforcement Officer (CEO) Leon was screening the vehicle with his Narcotic Detector Dog (NDD). CEO Leon's NDD alerted to the right rear tire, indicating the presence of the odor of a controlled substance in that area.

QUINTERO was escorted to the Vehicle Secondary office and his vehicle was searched more thoroughly. CBPO Flores noticed that the lug nuts of the right rear tire had scratches on them, indicating that they had recently been removed. CBPO Flores cut open the tire and found 29 packages concealed within the tire. The packages

contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 11.44 Kilograms (25.16 pounds).

Special Agent (SA) D. Struckmeyer advised QIUNTERO of his rights per Miranda. QUINTERO stated he understood his rights and was willing to answer questions without the presence of an attorney.

QUINTERO stated he was hired to smuggle the marijuana into the United States by a man named Jose LOPEZ. He said that he was supposed to drive the vehicle to the McDonalds in Calexico, California, where it would be picked up by an unknown person. QUINTERO said that he was going to be paid $700 for smuggling the marijuana into the United States.