FILED

08 JUL 22 AM 11:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 2408 H [redacted]

UNITED STATES OF AMERICA,
Plaintiff,
v.
GEORGE ROBERT QUINTERO,
Defendant.

Criminal Case No. ____________

<u>I N D I C T M E N T</u>

Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute

The grand jury charges:

<u>Count 1</u>

On or about July 8, 2008, within the Southern District of California, defendant GEORGE ROBERT QUINTERO did knowingly and intentionally import approximately 11.44 kilograms (approximately 25.16 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

CJB:em:Imperial
7/18/08

Count 2

On or about July 8, 2008, within the Southern District of California, defendant GEORGE ROBERT QUINTERO did knowingly and intentionally possess, with intent to distribute, approximately 11.44 kilograms (approximately 25.16 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 22, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney