# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
George Robert Quintero )

CASE NUMBER 08mj8618

ABSTRACT OF ORDER

Booking No. ____________________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8-6-08

the Court entered the following order:

✓ Defendant be released from custody.

_______ Defendant placed on supervised / unsupervised probation / supervised release.

_______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 15,000 p/s bond posted.

_______ Defendant appeared in Court. FINGERPRINT & RELEASE.

_______ Defendant remanded and ( _______ bond) ( _______ bond on appeal) exonerated.

_______ Defendant sentenced to TIME SERVED, supervised release for _______ years.

_______ c.c. judgment Court of Appeals ( _______ affirming) ( _______ reversing) decision of this Court:

_______ dismissing appeal filed.

_______ Bench Warrant Recalled.

_______ Defendant forfeited collateral.

_______ Case Dismissed.

_______ Defendant to be released to Pretrial Services for electronic monitoring.

_______ Other. ____________________

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by J. Flores Deputy Clerk

Received [signature]
DUSM

2008 AUG -6 PM 12:26

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY